FILED
01 MAR -5 AM 10: 07

U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| DANIEL LAFITTE DUMONDE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs ) | CIVIL ACTION NO. 00-B-1309-S |
| ) | |
| DISTRICT ATTORNEY'S OFFICE ) | |
| FOR 10TH JUDICIAL CIRCUIT, ) | |
| et al, ) | |
| ) | |
| Respondents. ) | |

ENTERED
MAR -5 2001

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.[1] The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed without prejudice to enable the petitioner to exhaust

---

[1] A copy of the magistrate judge's report and recommendation was mailed to the petitioner at the last known address. The said copy was returned marked "Not Deliverable as Addressed, Unable to Forward."



completely his state court remedies. An appropriate order will be entered.

DONE, this \_\_5th\_\_ day of \_\_March\_\_, 2001.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE